# UNITED STATES DISTRICT COURT
for the
District of Arizona

United States of America )
)
v. ) Case No. 18-7187-MJ
)
1. Claudia Guadalupe Rodriguez, )
2. Andrea Bianca Gomez, )
)
Defendants

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief.

**Count 1:**
On or about May 15, 2018, at or near Gila Bend, in the County of Maricopa, in the District of Arizona, Claudia Guadalupe Rodriguez and Andrea Bianca Gomez, knowingly and with reckless disregard of the fact that a certain alien, Maite Adriana Hernandez-Reza and Monserrath del Carmen Arroyo-Castro, had come to, entered, and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

**Count 2:**
On or about May 15, 2018, at or near Gila Bend, in the County of Maricopa, in the District of Arizona, Claudia Rodriguez and Andrea Bianca Gomez, did aid and abet a certain alien, Maite Adriana Hernandez-Reza and Monserrath del Carmen Arroyo-Castro, to evade and elude examination and inspection by Immigration Officers of the United States of America; in violation of Title 8, United States Code, Section 1325(a)(2) and Title 18, United States Code, Section 2.

**See Attached Statement of Probable Cause Incorporated By Reference Herein.**

REVIEWED BY: AUSA Jillian Besancon for AUSA Kyra Goddard

_____
Signature of Complainant
Daniel C. Ramirez
U.S. Border Patrol Agent

Sworn to before me and signed in my presence.

_____
Signature of Judicial Officer
Honorable Bridget S. Bade
United States Magistrate Judge

## STATEMENT OF PROBABLE CAUSE

1. Your affiant is a Border Patrol Agent with U.S. Border Patrol, U.S. Customs and Border Protection. I have learned about this investigation and the facts contained herein from direct participation in the investigation and from the reports and communications of other agents.

2. On May 15, 2018, Supervisory Border Patrol Agent (SBPA) Anibal Perez was performing his assigned duties at the State Route 85 immigration checkpoint near Gila Bend, in the District of Arizona. At approximately 10:00 PM, a 2005 White Ford Expedition pulled into the primary inspection area. Agent Perez noticed that the vehicle continued into the inspection area with its high beams activated. The checkpoint area is well lit and vehicles typically dim their lights as to not blind the agents working primary inspection. Agent Perez observed four people in the vehicle.

3. Agent Perez identified himself as a U.S Border Patrol Agent and performed an immigration inspection of the occupants in the vehicle. The driver of the vehicle, later identified as Claudia Guadalupe Rodriguez, stated that all the subjects in the vehicle were United States citizens. The passenger-side rear passenger of the vehicle, later identified as Andrea Bianca Gomez, also stated that the subjects in the vehicle were United States citizens. Agent Perez asked where the subjects were coming from. Both Rodriguez and Gomez stated that they were coming from San Simon, where they had been selling products they had made. Agent Perez questioned Rodriguez as to how she

2

knew the other occupants in the vehicle. Rodriguez stated that they worked for her by making and selling her beauty products.

4. Agent Perez observed that the front passenger, later identified as Monserrath Del Carmen Arroyo-Castro, and the rear passenger on the driver side of the vehicle, later identified as Maite Adriana Hernandez-Reza, were not speaking or responding during Agent Perez's questioning. Agent Perez observed that they would glance but would not maintain eye contact. Agent Perez attempted to question Hernandez-Reza as to her citizenship status, but Hernandez-Reza did not respond. After a second attempt to question her, Rodriguez whispered to Hernandez-Reza in the Spanish language for her to "tell him." Agent Perez then questioned Hernandez-Reza in the Spanish language to determine her citizenship status. Hernandez-Reza replied that she was from California. Agent Perez replied that California is not a country, and repeated the question. Hernandez-Reza replied "U.S." in broken English. Agent Perez referred the vehicle to secondary inspection for further review.

5. In the secondary inspection area, Agent Perez performed an immigration inspection of Hernandez-Reza by questioning her separately. Agent Perez asked Hernandez-Reza her citizenship, place of birth, where she grew up, and how she knew the other occupants in the vehicle. Hernandez-Reza could only answer that she was from California. Hernandez-Reza stated that Rodriguez was her employer and that she manufactured beauty products at her house in Phoenix. Agent Perez continued to

question Hernandez-Reza, and Hernandez-Reza freely admitted that she was a citizen of Mexico present illegally in the United States who had previously resided in California with her family. Hernandez-Reza stated that she crossed the United States and Mexico boundary line earlier that day and that her family had paid money to have her smuggled into the United States. Hernandez-Reza stated that she had been separated from her husband who was also going to be smuggled illegally into the United States. Hernandez-Reza stated that during this trip they were only crossing females. Hernandez-Reza freely admitted that she and Monserrath del Carmen Arroyo-Castro walked around or near thirty minutes north of the border where they were picked up.

6. While in the secondary inspection area, Border Patrol Agent Eric Lucero was assisting Agent Perez. While Agent Perez questioned Hernandez-Reza, Agent Lucero was performing security and watching the remaining three occupants of the Ford Expedition. The driver of the vehicle, Rodriguez, began to tell Agent Lucero that she went to San Simon, which is a village located on the Tohono O'odham Nation, to sell skin care products. The rear passenger, Andrea Bianca Gomez, showed Agent Lucero the skin care products, which were jars that contained a brown substance. Agent Lucero requested identification documents from the three vehicle occupants. Both Rodriguez and Gomez handed Agent Lucero their Arizona Identification Cards. The front passenger, Monserrath del Carmen Arroyo-Castro, stated in the Spanish language that she did not have any identification documents. Agent Lucero attempted

to question Arroyo-Castro, however during questioning Rodriguez would interrupt and attempt to answer for Arroyo-Castro. This is a common tactic utilized by smugglers, who will often try and answer questions for the subjects they are attempting to smuggle or conceal.

7. Agent Lucero requested that Monserrath del Carmen Arroyo-Castro exit the vehicle so he could question her further. Arroyo-Castro stated that she was from Los Angeles and was visiting Phoenix to learn how to sell skin care products. Agent Lucero asked Arroyo-Castro how she knew the other occupants of the vehicle. Arroyo-Castro stated that she only knew the driver as "Locita." Arroyo-Castro stated that she did not know the occupant in the rear passenger seat, and would only identify the other passenger as "Kaylee." Arroyo-Castro stated that she is a citizen of Mexico. Agent Lucero asked if she had any legal documents allowing her to stay, reside, or pass through the United States legally. Arroyo-Castro stated that she did not and admitted to being illegally present in the United States. Arroyo-Castro claims to have crossed illegally into the United States three days prior. Arroyo-Castro stated that Rodriguez had knowledge of her being illegally present in the United States because she had told her. Arroyo-Castro also claimed during questioning that she was accompanying Rodriguez to learn how to sell skin care products in Los Angeles and that she was supposed to stay with Rodriguez while she worked for her selling skin care products. All four subjects were placed under arrest, and transported separately to the Ajo Border Patrol Station for further processing.

8. On May 16, 2018, Claudia Guadalupe Rodriguez was read her constitutional rights. Rodriguez willingly acknowledged she understood her rights and decided to not answer questions.

9. On May 16, 2018, Andrea Bianca Gomez was read her constitutional rights. Gomez willingly acknowledged she understood her rights and agreed to answer questions and provide a statement. Gomez stated that she received a call from Claudia Guadalupe Rodriguez asking her to call her back. Gomez stated that Rodriguez's boyfriend had previously agreed to fix the brakes on her car. Gomez travelled to Rodriguez's house in Chandler, Arizona and was told that Rodriguez's boyfriend could not fix her brakes. Gomez and Rodriguez travelled together looking for a mechanic shop that could fix Gomez's brakes. During this time Gomez stated that Rodriguez received a phone call on her cellular phone. Gomez was able to look at the caller identification on the screen and noticed that contact calling was named "Oscar." Rodriguez spoke on the cell phone and had a conversation in the Spanish language. Gomez admitted that she does not speak fluent Spanish but was able to understand that Rodriguez was talking about a job, and that she would be paid for it. When Rodriguez ended the call she asked Gomez if she could drive her to Ajo, Arizona to pick up some money. Rodriguez stated that she owed $900 dollars in rent and this money would cover that expense. Initially Gomez was apprehensive of travelling the long distance, but agreed to take Rodriguez towards Ajo, Arizona. Gomez stated that Rodriguez drove her vehicle since she knew the way. During the extended trip, Gomez recalls a T-

intersection with a native store nearby. (Note: This area's description is consistent with the Trading Post Store at the intersection of Federal Route 15, and State Route 86. This is a desolate, desert area, near the Tohono O'odham Indian Reservation.) Gomez further described the route of travel and identified via Google Maps the location and the house where the vehicle came to a stop. (Note: Due to the descriptions of the areas and the timetable, the areas described are believed to be San Simon and Menagers Village in the Tohono O'odham Indian Reservation.)

10. Andrea Bianca Gomez stated that the vehicle came to a stop at a house located on a dirt road. Gomez stated that Rodriguez exited the vehicle and spoke to an unidentified male for a few minutes. After a few minutes the male left and entered a house. Gomez stated that as he returned to the house she noticed two female subjects walking over from the same area. The two female subjects were later identified as Monserrath del Carmen Arroyo-Castro and Maite Adriana Hernandez-Reza. Arroyo-Castro and Hernandez-Reza walked towards the vehicle. Rodriguez re-entered the vehicle and told Gomez to sit in the backseat, as one of the females would be riding in the front seat. Rodriguez told Gomez that they would be giving the two females a ride. Gomez stated that Rodriguez did not tell her who the two female subjects were, or where they were taking them. Gomez stated that they briefly stopped at a casino due to purchase snacks. This location was later identified as the Desert Diamond Casino located near Why, Arizona. Gomez stated that after leaving the casino she fell asleep, and later woke up once they reached the U.S. Border Patrol Immigration Checkpoint at mile

marker 18, on State Route 85. Gomez stated that she did not have any knowledge of any crime being committed and did not receive any monetary gain.

11. At the Ajo Border Patrol Station, Maite Adriana Hernandez-Reza was asked to provide a statement. Hernandez-Reza stated she is a National of Mexico without proper documentation to enter or remain into the United States. Hernandez-Reza stated that her husband made arrangements for her to be smuggled into the United States in Mexicali, Mexico for $7,000 United States Dollars. Hernandez-Reza then crossed into the United States by walking through the desert near Sonoyta, Mexico. Hernandez-Reza stated that she crossed into the U.S. illegally with a group of three subjects. This group included one foot guide who was not apprehended by U.S. Border Patrol Agents. Hernandez-Reza stated that they walked for around one and a half hours before reaching the location they would be picked up. The foot guide told them that a white van would pick them up, and to enter the vehicle when it arrived. At a later time the white van arrived and Hernandez-Reza stated that the female driver told her to get in the vehicle. Hernandez-Reza stated that she entered the backseat area where there was already one female passenger sitting. Hernandez-Reza stated that the other female who had crossed illegally with her, Monserrath del Carmen Arroyo-Castro, sat in the front passenger seat of the vehicle. During their travel Hernandez-Reza stated that the driver and female in the rear seat did not speak much. Hernandez-Reza stated that prior to reaching the U.S. Border Patrol Immigration Checkpoint, the driver instructed them to remain silent, try not to say anything, and that she would do

all of the talking. Hernandez-Reza was shown photographic line-ups and positively identified Andrea Bianca Gomez as being the passenger in the back seat of the white van, and Claudia Guadalupe Rodriguez as being the driver of the white van and the person who told her to enter the vehicle.

12. At the Ajo Border Patrol Station, Monserrath del Carmen Arroyo-Castro was asked to provide a statement. Arroyo-Castro stated she is a National of Mexico without proper documentation to enter or remain in the United States. Arroyo-Castro stated she crossed into the United States through the desert near Mexicali, Mexico by herself. Arroyo-Castro understood that she was crossing illegally into the United States. Arroyo-Castro stated that she reached Los Angeles, California three days prior. Arroyo-Castro stated that she has a friend named Maria who found her a job selling body soaps. Arroyo-Castro stated that she travelled to Phoenix, Arizona with her boyfriend to meet the woman she was going to work for, Claudia Guadalupe Rodriguez. Arroyo-Castro stated that she met Rodriguez at her apartment, and accompanied her to San Simon to work. Arroyo-Castro stated that she travelled with Rodriguez and two other females from Phoenix, Arizona. Arroyo-Castro stated that they stopped at a casino and church, but never made it to San Simon.

13. Arroyo-Castro was shown photographic lineups and was able to positively identify Claudia Guadalupe Rodriguez as being the driver of the vehicle she was in. She did not identify Andrea Bianca Gomez.

14. For these reasons, your affiant submits that this is probable cause to believe that on or about May 15, 2018, at or near Gila Bend, in the County of Maricopa, in the District of Arizona, Claudia Guadalupe Rodriguez and Andrea Bianca Gomez, knowingly and with reckless disregard of the fact that a certain alien, Maite Adriana Hernandez-Reza and Monserrath del Carmen Arroyo-Castro, had come to, entered, and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), and that on or about May 15, 2018, at or near Gila Bend, in the County of Maricopa, in the District of Arizona, Claudia Rodriguez and Andrea Bianca Gomez, did aid and abet a certain alien, Maite Adriana Hernandez-Reza and Monserrath del Carmen Arroyo-Castro, to evade and elude examination and inspection by Immigration Officers of the United States of America; in violation of Title 8, United States Code, Section 1325(a)(2) and Title 18, United States Code, Section 2.

_____
Daniel C. Ramirez
U.S. Border Patrol Agent

Sworn to before me and signed in my presence
The 16th Day of May, 2018

_____
Bridget S. Bade
United States Magistrate Judge